IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO.:3:13-CR-499-M (01) |
| | ) | |
| CHBIRA GEORGE CHAVIRA | ) | |
| Defendant. | ) | |

ORDER DEFERRING ACCEPTANCE
OF BOTH THE PLEA, AND THE PLEA AGREEMENT,
UNTIL SENTENCING

The Court has reviewed the relevant matters of record, including the Notice Regarding Entry of a Plea of Guilty, the Consent of the Defendant, and the Report and Recommendation Concerning Plea of Guilty, of the United States Magistrate Judge, entered August 26, 2014. No objections thereto have been filed within ten days of service in accordance with 28 U.S.C. § 636(b)(1).

The Court defers acceptance of both the plea and the plea agreement until the previously scheduled sentencing.

The Court adopts the August 26, 2014 Findings of the United States Magistrate Judge that the defendant, who is currently in custody, should remain in custody.

SIGNED this 12th day of September, 2014.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS